DAYLE ELIESON
United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: mark.woolf@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RORY MUMBAUER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No. 2:18-cv-00818-JAD-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR FEDERAL DEFENDANT TO FILE ANSWER**<br><br>**(First Request)** |

　　　　Plaintiff Rory Mumbauer and Federal Defendant United States Department of Education, by and through their counsel of record, hereby agree that Federal Defendant may have until **Friday, August 10, 2018** to answer or otherwise respond to Plaintiff's Complaint. The United States' response is currently due August 6, 2018.

　　　　This Stipulation is brought in order to accommodate the United States. Counsel for the United States was unexpectedly out of the office for most of July and needs additional time to discuss the complaint with its agency counsel and to prepare an adequate response. This is the first request for an extension of time to file an answer to the Complaint, and is made in good faith and not for the purposes of undue delay.

**WHEREFORE**, the parties respectfully request that the Court grant the stipulation extending the deadline for the United States to answer or otherwise respond to Plaintiff's Complaint to **August 10, 2018**.

Respectfully submitted this 2nd day of August 2018.

| | |
|---|---|
| PRICE LAW GROUP, APC | DAYLE ELIESON<br>United States Attorney |
| */s/ Steven A. Alpert*<br>STEVEN A. ALPERT<br>420 South Jones Blvd.<br>Las Vegas, Nevada 89107 | */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_George Foley Jr._
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 8/3/2018