JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RORY MUMBAUER, | Case No.: 2:18-cv-00818-JAD-GWF |
| Plaintiff, | **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Nicholas M. Wieczorek, Esq. from the firm Clark Hill, PLLC is no longer associated with the above-captioned matter and should be removed from all further notices. The Clark Hill attorney to be noticed for all further filings and hearings is:

JEREMY J. THOMPSON, Nevada Bar No. 12503

E-mail: jthompson@clarkhill.com

Dated this 8th day of January, 2019.

CLARK HILL PLLC

By: /s/ JEREMY J. THOMPSON
JEREMY J. THOMPSON
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

1   IT IS SO ORDERED.

2   DATED:  1/09/2019            _____
                                  UNITED STATES MAGISTRATE JUDGE